RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/16/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RONALD LELEAUX, JR. | CIVIL ACTION NO. 09-0509 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN R. HARRISON | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 10] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections [Doc. Nos. 14 & 16] to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights action seeking monetary damages is DISMISSED WITH PREJUDICE because Plaintiff "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. §1915(e)(2)(B)(iii).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights action seeking injunctive relief is DISMISSED WITH PREJUDICE for failing to state a claim on which relief may be granted. *See* 28 U.S.C. §1915(e)(2)(B)(ii).

MONROE, LOUISIANA, this 16 day of June, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE